*Co.*, 208 App. Div. 634.)    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Petition of FLORENCE I. ENNIS and Another, Appellants, to Compel ANTON F. NEHRBAS and Others, Respondents, to Render and Settle Their Accounts as Administrators, etc., of JANE E. BARNEY, Deceased.— Decree affirmed, with costs to the respondents against the appellants. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JOHN SHERMAN HOYT, as Executor and Trustee, etc., Respondent, v. ALFRED O. HOYT, Individually and as Executor, etc., and Others, Respondents, and DAVID LYDIG FROTHINGHAM and Others, Appellants, Impleaded with Others, Defendants.— Judgment so far as appealed from affirmed, with separate costs of this appeal to all parties appearing by separate counsel and filing briefs herein payable out of the estate, on the opinion of Levy, J., at Special Term. [Reported in 125 Misc. 95.]    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

INDIANA FLOORING COMPANY v. REALTY MANAGERS, INC.— Motion to dismiss appeal granted, with ten dollars costs.    Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

FANNIE SCHEAR v. ISAAC HUTKOFF and Others.— Motion to dismiss appeal denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

GEORGE SCHEAR v. ISAAC HUTKOFF and Others.— Motion to dismiss appeal denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

LEROY SILK MILLS, INC., v. MAJESTIC SHIRT CO., INC.— Motion to dismiss appeal granted, with ten dollars costs.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ALFRED WOTKYNS SEYMOUR, as Administrator, etc., v. THE MECHANICS AND METALS NATIONAL BANK OF THE CITY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure a substitution of attorneys within thirty days from service of order.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE TRADING COMPANY v. NATIONAL CITY BANK OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before February 1, 1926.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of GYULA DE FESTETICS, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before January 15, 1926.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of GYULA DE FESTETICS, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before January 15, 1926.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT C. BERENS.— Motion to dismiss appeal granted, unless appellant procure record on appeal and appellant's points to be filed on or before January 4, 1926.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES ROSSI CHIAFALO.—